UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KIMBERLY S. YABLONSKI,

                Plaintiff,

                                                      6:03-CV-414
     v.                                          (FJS/RFT)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                            OF COUNSEL

AMDURSKY, PELKY LAW FIRM        GREGORY R. GILBERT, ESQ.
Attorney for Plaintiff
26 East Oneida Street
Oswego, NY   13126


HON. GLENN T. SUDDABY           WILLIAM H. PEASE
United States Attorney for the   Assistant United States Attorney
 Northern District of NY
Attorney for Defendant
P.O. Box 7198
100 South Clinton Street
Syracuse, NY   13261


**FREDERICK J. SCULLIN, JR., S.D.J.:**

## DECISION AND ORDER

    Presently before the Court is Magistrate Judge Randolph F. Treece's February 1, 2008 Report-Recommendation in which he recommends that the Commissioner's decision denying disability benefits be VACATED and the matter REMANDED to the agency for further consideration.  The Court having reviewed the Report-

Recommendation and the entire file in this matter and no objections to said Report-Recommendation having been filed, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge Randolph F. Treece on February 1, 2008, is, for the reasons stated therein, **ACCEPTED** in its entirety; and the Court further

**ORDERS** that the Commissioner's decision denying disability benefits is **VACATED** and the matter is **REMANDED** to the agency for further consideration.

**IT IS SO ORDERED.**

Dated:   May 20, 2008
         Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge