United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**KIMBERLY S. YABLONSKI,**

    **Plaintiff,**

    V.                                          **CASE NUMBER:**      **6:03-CV-414**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

[ ] **Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Report-Recommendation filed by Magistrate Judge Randolph F. Treece on February 1, 2008 is, for reasons stated therein, ACCEPTED in its entirety; and it is further

    ORDERED AND ADJUDGED that the Commissioner's decision denying disability benefits is VACATED and the matter is REMANDED to the agency for further consideration.

    All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 20th day of May, 2008.

**DATE:**    **May 20, 2008**                          **LAWRENCE K. BAERMAN**
                                                                       **CLERK OF COURT**

                                                                         s/

                                                                   **By:**    **Lori M. Welch**
                                                                              **Deputy Clerk**